UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WARREN BOWDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No.: 1:13-cv-1881 |
| ) | |
| HERITAGE TECHNOLOGIES, LLC ) | |
| d/b/a MICRONUTRIENTS, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING DISMISSAL WITH PREJUDICE

Plaintiff, Warren Bowden, by counsel, having filed his stipulation of dismissal, and the Court having reviewed the same, hereby APPROVES the stipulation.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff's claims in the above-referenced cause of action are hereby dismissed, with prejudice, and with all parties bearing their own costs.

06/17/2014
Date

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution to:

Patricia Ogden, Esq.
Patricia.Ogden@btlaw.com

Peter T. Tschanz, Esq.
Peter.Tschanz@btlaw.com

David M. Henn, Esq.
David.Henn@HHCFirm.com

Paul J. Cummings, Esq.
Paul.Cummings@HHCFirm.com